# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **FREDDIE L. WALKER, SR.,** <br> d/b/a Walker's Empire Professional <br> Janitorial Service | § § § § § | |
| V. | § § | NO. 1:08-CV-417 |
| **UNIVERSITY OF TEXAS MEDICAL BRANCH, ET AL.** | § § § | |

## ORDER

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to General Order 05-07 on July 31, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court deny plaintiff's motion to proceed *in forma pauperis*. No objections to the report and recommendation have been filed. Further, the court's independent review confirms that the magistrate judge's analysis is correct.

Accordingly, the magistrate judge's report is hereby **ADOPTED**. It is further

**ORDERED** that plaintiff's motion to proceed *in forma pauperis* (Docket No. 2) is **DENIED**. It is further

**ORDERED** that plaintiff shall tender the fee established by law for filing a civil action ($350.00) on or before **December 10, 2008**. If the filing fee is not tendered to the Clerk of Court within the extended time established, this action may be dismissed.

So **ORDERED** and **SIGNED** this **30** day of **October, 2008.**

_____
Ron Clark, United States District Judge