# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| FREDDIE L. WALKER, SR. § | | |
| d/b/a Walker's Empire Professional § | | |
| Janitorial Service § | | |
| § | | |
| V. § | NO. 1:08-CV-417 | |
| § | | |
| UNIVERSITY OF TEXAS MEDICAL § | | |
| BRANCH, ET AL. § | | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 entered on July 31, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that (1) the court dismiss *sua sponte* and without prejudice plaintiff's purported federal claims for failure to state a claim upon which relief can be granted and (2) the court dismiss all remaining claims governed by state law for lack of original, subject-matter jurisdiction. No objections have been filed. Further, the court's independent review confirms that the magistrate judge's findings, conclusions and analysis are correct.

Accordingly, the magistrate judge's report is hereby **ADOPTED**. It is further

**ORDERED** that, consistent with the magistrate's report and recommendation, plaintiff's purported federal claims are **DISMISSED** without prejudice. It is further

**ORDERED** that plaintiff's remaining state claims are **DISMISSED** without prejudice for lack of jurisdiction.

Final Judgment will be entered separately.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **7**   day of **August, 2009.**

_____
Ron Clark, United States District Judge